1

2

3                                             JS-6

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          CENTRAL DISTRICT OF CALIFORNIA

9

10    FLOYD DEWAINE SCOTT,                    Case No. CV 21-8309-JVS (KK)

11                          Petitioner,

12                  v.                        JUDGMENT

13    R.C. JOHNSON,

14                          Respondent.

15

16

17

18          Pursuant to the Order Summarily Dismissing Action Without Prejudice, IT IS

19    HEREBY ADJUDGED that this action is DISMISSED without prejudice.

20

21

22

23    Dated: December 06, 2021          _____
                                        HONORABLE JAMES V. SELNA
24                                      United States District Judge

25

26

27

28